AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

RECEIVED
DEC 21 2010
@ 7:00 pm

| | | |
|---|---|---|
| Eric Steward, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 5:10-cv-1025 |
| Rick Perry, et al. | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Governor Rick Perry
Office of the Governor
State Insurance Building
1100 San Jacinto
Austin, Texas 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Garth A. Corbett
Advocacy Incorporated
7800 Shoal Creek Blvd., #171-E
Austin, TX 78757

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT William G. Putnicki

Date: 12/20/2010

*Signature of Clerk or Deputy Clerk*

**AFFIDAVIT ATTACHED**

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 5:10-cv-1025

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

**AFFIDAVIT ATTACHED**

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# AFFIDAVIT OF SERVICE

Came to hand on the **21st** day of **December**, 2010, at 2:00 o'clock pm.
Cause No. **5:10-CV-1025**

Executed at    1100 San Jacinto Blvd., Lobby           Austin, Texas 78701
within the County of    Travis   at 2:47 o'clock pm on the 21st day
of **December**, 2010, by delivering to the within named:

GOVERNOR RICK PERRY, Office of the Governor,
by delivering to MICHAEL BRYANT, Assistant General Counsel, in person, a true
copy of this Summons and Complaint with Exhibits attached, having first
endorsed upon such copy of such Summons the date of delivery.

I am not a party to or interested in the outcome of the suit referenced above.
I am authorized by written order to serve citation and other notices. I am not
less than eighteen (18) years of age.

Service Fee $

| ERIC STEWARD, ET AL | By: _____ |
|---|---|
| | Jeff Keyton   ID# SCH-735 |
| Plaintiff | (Authorized Person) |
| V. | THOMAS PROCESS |
| RICK PERRY, ET AL | 809 Rio Grande Street |
| | Suite 103 |
| | Austin, Texas  78701 |
| Defendant | (512) 320-8330 |

## VERIFICATION

STATE OF TEXAS            §
COUNTY OF TRAVIS          §

   BEFORE ME, A NOTARY PUBLIC, on this day personally appeared
**Jeff Keyton**, known to me to be the person whose name
is subscribed to the foregoing document and, being by me first duly sworn,
declared that the statements therein contained are true and correct.
   Given under my hand and seal of office this 21st day of
December, A.D., 2010.

NOTARY PUBLIC, STATE OF TEXAS

52471/Steward

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

RECEIVED
DEC 21 2010

| | |
|---|---|
| Eric Steward, et al. | ) |
| *Plaintiff* | ) ) |
| v. | ) Civil Action No. 5:10-cv-1025 |
| Rick Perry, et al. | ) ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Thomas Suehs
Executive Commissioner
Texas Health and Human Services Commission
4900 North Lamar Blvd.
Austin, Texas 78751

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Garth A. Corbett
Advocacy Incorporated
7800 Shoal Creek Blvd., #171-E
Austin, TX 78757

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT William G. Putnicki

Date: 12/20/2010

*Signature of Clerk or Deputy Clerk*

**AFFIDAVIT ATTACHED**

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 5:10-cv-1025

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

**AFFIDAVIT ATTACHED**

Date: _____        _____
                              *Server's signature*

                              _____
                              *Printed name and title*


                              _____
                              *Server's address*

Additional information regarding attempted service, etc:

# AFFIDAVIT OF SERVICE

Came to hand on the 21st day of **December**, 2010, at 2:00 o'clock pm.
Cause No. **5:10-CV-1025**

Executed at 4900 North Lamar Blvd. Austin, Texas 78751 within the County of **Travis** at 3:23 o'clock pm on the 21st day of **December**, 2010, by delivering to the within named:

      THOMAS SUEHS, Executive Commissioner
     TEXAS HEALTH AND HUMAN SERVICES COMMISSION,
  by delivering to KAREN RAY, Special Counsel for Litigation,
in person, a true copy of this Summons and Complaint with Exhibits attached, having first endorsed upon such copy of such Summons the date of delivery.

I am not a party to or interested in the outcome of the suit referenced above. I am authorized by written order to serve citation and other notices. I am not less than eighteen (18) years of age.

Service Fee $

| | |
|---|---|
| ERIC STEWARD, ET AL<br><br>                Plaintiff<br><br>V.<br>RICK PERRY, ET AL<br><br>                Defendant | By: _____<br>Jeff Keyton   ID# SCH-735<br>(Authorized Person)<br><br>THOMAS PROCESS<br>809 Rio Grande Street<br>Suite 103<br>Austin, Texas 78701<br>(512) 320-8330 |

## VERIFICATION

STATE OF TEXAS     §
COUNTY OF TRAVIS   §

    BEFORE ME, A NOTARY PUBLIC, on this day personally appeared **Jeff Keyton**, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are true and correct.
    Given under my hand and seal of ~~office~~ this 21st day of December, A.D., 2010.

                                     NOTARY PUBLIC, STATE OF TEXAS

52472/Steward

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

RECEIVED
DEC 2 1 2010
@ 2:00 pm

Eric Steward, et al. )
)
_____ )
Plaintiff )
v. ) Civil Action No. 5:10-cv-1025
Rick Perry, et al. )
)
_____ )
Defendant )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Chris Traylor
Commissioner
Texas Department of Aging and Disability Services
701 West 51st Street
Austin, Texas 78751

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Garth A. Corbett
Advocacy Incorporated
7800 Shoal Creek Blvd., #171-E
Austin, TX 78757

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT William G. Putnicki

Date: 12/20/2010

*Signature of Clerk or Deputy Clerk*



AFFIDAVIT ATTACHED

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 5:10-cv- 1025

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

**AFFIDAVIT ATTACHED**

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# AFFIDAVIT OF SERVICE

Came to hand on the 21st day of December, 2010, at 2:00 o'clock pm.
Cause No. 5:10-CV-1025

Executed at 701 West 51st Street Austin, Texas 78751 within the County of Travis at 3:10 o'clock pm on the 21st day of December, 2010, by delivering to the within named:

**CHRIS TRAYLOR, Commissioner,
TEXAS DEPARTMENT OF AGING AND DISABILITY SERVICES,**
by delivering to General Counsel, ANN SKOWRONSKI, in person, a true copy of this Summons and Complaint with Exhibits attached, having first endorsed upon such copy of such Summons the date of delivery.

I am not a party to or interested in the outcome of the suit referenced above. I am authorized by written order to serve citation and other notices. I am not less than eighteen (18) years of age.

Service Fee $

| ERIC STEWARD, ET AL | By: _____ |
| --- | --- |
| Plaintiff | Jeff Keyton  ID# SCH-735 (Authorized Person) |
| V. | THOMAS PROCESS |
| RICK PERRY, ET AL | 809 Rio Grande Street |
|  | Suite 103 |
|  | Austin, Texas  78701 |
| Defendant | (512) 320-8330 |

## VERIFICATION

STATE OF TEXAS §
COUNTY OF TRAVIS §

BEFORE ME, A NOTARY PUBLIC, on this day personally appeared **Jeff Keyton**, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are true and correct.
Given under my hand and seal of office this 21st day of December, A.D., 2010.

NOTARY PUBLIC, STATE OF TEXAS

[Notary Seal: SAMUEL L. CREASY, NOTARY PUBLIC, STATE OF TEXAS, EXPIRES 8-5-2012]

52473/Steward