# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ERIC STEWARD, by his next friend and mother, Lillian Minor, *et al.*, | §§§§ | |
| Plaintiffs, | § | |
| v. | §§ | CIV. NO. 5:10-CV-1025-OLG |
| RICK PERRY, Governor, *et al.*, | §§§ | |
| Defendants. | § | |

### AFFIDAVIT OF MIKE BRIGHT

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF TRAVIS | § |

Mike Bright of Cedar Park, Williamson County, Texas, after being duly sworn by an officer authorized to administer oaths, deposes as follows:

1. I, Mike Bright, am the executive director of The Arc of Texas. For over 30 years I have been an advocate for individuals with disabilities, and especially for those with intellectual and developmental disabilities (hereinafter "IDD"). For much of this time, I have worked closely with the Texas State Legislature and those departments which are charged with the responsibility of meeting the needs of individuals with disabilities. I am very familiar with how individuals attempt to obtain necessary services in this state. The statements made herein are true and correct and based upon my personal knowledge.

2. The Arc of Texas is the oldest and largest nonprofit, volunteer organization in the State of Texas committed to expanding opportunities for people with IDD and other developmental disabilities to be included in their communities. The Arc of Texas works to support families, advance public policies, provide training programs, and build a statewide network of advocates. For over 60 years, The Arc of Texas has been instrumental in providing information and referral

services and has devoted significant resources to combating discrimination by state and local governmental entities against persons with IDD. The Arc of Texas has been part of the creation of virtually every program, service, right, and benefit that is now available to more than half a million Texans with mental retardation and related conditions. Today, The Arc of Texas continues to advocate for the inclusion of people with mental retardation and other developmental disabilities in all aspects of society. The Arc of Texas has over 3500 member families and 35 local chapters throughout the state, and is affiliated with The Arc of the United States. Our website is www.thearcoftexas.com, and is incorporated herein by reference.

3. The Arc of Texas has expended its resources to work on behalf of its members with the Texas State Legislature and the appropriate state agencies to address the problems of unnecessary institutionalization and stagnant community based services and supports. Since January 2010, The Arc of Texas has specifically expended its limited resources in an effort to get the State of Texas to restructure its Preadmission Screening and Resident Review (hereinafter "PASARR") program so that Arc members and others with IDD who are currently in nursing facilities or are at risk of entering a nursing facility, but are capable of living in the community with appropriate supports are given that opportunity as required by federal law and regulations to do so. In fact, it was only after cooperative efforts with the State of Texas had failed to secure access to supports and services that would enable its members and others with IDD who are either applying for or living in nursing facilities to access the supports and services that would enable them to live in less restrictive community-based setting that our board of directors decide to file suit. As the organization dedicated to advocating for the rights of IDD and securing the services to which individuals are entitled to under federal law and regulation, The Arc of Texas could not sit by as the problems of regression and risk of institutional placement continued to

grow.

4. Accordingly, this case is not about whether any specific individual can obtain any specific service, but about whether the mandates of federal law are being met when individuals, and families, are forced to endure not receiving the services which they need and to which they are entitled. On behalf of its members, The Arc of Texas seeks to make PASARR process one that helps thousands of Texans both applying for and residing in nursing facilities receive the supports and services that will enable them to successfully live in the community.

FURTHER, AFFIANT SAITH NAUGHT.

_____
MIKE BRIGHT

STATE OF TEXAS §
§
COUNTY OF TRAVIS §

Personally appeared before me, the undersigned authority, Mike Bright, personally known to me, who, having been by me first duly sworn, stated upon his oath that the above statement is true and correct and based upon his personal knowledge.

SWORN TO AND SUBSCRIBED BEFORE ME, this the 22nd day of November, 2011.


KETRISKA PHILLIPS
MY COMMISSION EXPIRES
August 24, 2012

_____
NOTARY PUBLIC

My Commission Expires:

August 24, 2012

3