IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

ERIC STEWARD, by his next friend
and mother, Lillian Minor, et. al.

        Plaintiffs,

 v.

RICK PERRY, Governor of the State of
Texas, et. al,

        Defendants.
_____

THE UNITED STATES OF AMERICA,

        Plaintiff-Intervenor,
  v.

THE STATE OF TEXAS,

        Defendant.
_____

Case No.  SA-5:10-CA-1025-OG

**ORDER GRANTING PLAINTIFFS' OPPOSED MOTION FOR LEAVE TO FILE A SECOND AMENDED AND SUPPLEMENTAL COMPLAINT AND FOR LEAVE TO FILE A SECOND AMENDED MOTION FOR CLASS CERTIFICATION**

Before the Court is Plaintiffs' Opposed Motion for Leave to File a Second Amended and Supplemental Complaint and a Second Amended Motion for Class Certification.  Having considered the Motion, the Court is of the opinion that the Motion should be allowed.  It is therefore ORDERED that the Plaintiffs' Motion for Leave to File a Second Amended and Supplemental Complaint and Second Amended Motion for Class Certification is granted.  The Clerk is direct to file the Plaintiffs' Second Amended and Supplemental Complaint and Second Amended Motion for Class Certification which were submitted along with the Motion.

Signed this _____ day of _____, 2013.

_____
Honorable Orlando Garcia
United Stated District Judge