IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ERIC STEWARD, *et al.*,<br>    *Plaintiffs*<br>v.<br><br>CECILE YOUNG, in her official capacity as<br>the acting Executive Commissioner of Texas'<br>Health and Human Services Commission, *et al.*,<br>    *Defendants*<br><br>THE UNITED STATES OF AMERICA,<br>    *Plaintiff-Intervenor*<br>v.<br><br>THE STATE OF TEXAS,<br>    *Defendant* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ Case No. 5:10-CV-1025-OLG<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

**PLAINTIFFS' NOTICE OF FILING AN
AMENDED AND SUPPLEMENTAL COMPLAINT**

TO THE HONORABLE JUDGE ORLANDO L. GARCIA:

Plaintiffs Eric Steward, *et al*., respectfully notify the Court, Defendants, and the Plaintiff-Intervenor of the filing their Third Amended and Supplemented Complaint consistent with the Court's October 1, 2018 Order (Dkt. No. 537) to accurately reflect the remaining Individual Plaintiffs and the current acting Executive Commissioner of the Texas Health and Human Services Commission. Plaintiffs' Third Amended and Supplemental Complaint is attached hereto and filed herewith as Exhibit A.

DATED: October 10, 2018

Respectfully Submitted,

/s/ *Garth A. Corbett*
GARTH A. CORBETT
State Bar No. 04812300
SEAN A. JACKSON
State Bar No. 24057550
CHRISOPHER P. McGREAL
State Bar No. 24051774
RACHEL B. COHEN-MILLER
State Bar No. 24064301
DISABILITY RIGHTS TEXAS
2222 W. Braker Lane
Austin, TX 78758
(512) 454-4816 (Telephone)
(512) 454-3999 (Facsimile)

YVETTE OSTOLAZA
yostolaza@sidley.com
State Bar No. 00784703
ROBERT VELEVIS
rvelevis@sidley.com
State Bar No. 24047032
MARGARET HOPE ALLEN
Admitted Pro Hac Vice
State Bar No. 24045397
PATRICK G. FOLEY
Admitted Pro Hac Vice
State Bar No. 24108167
Sidley Austin LLP
2021 McKinney Avenue Suite 2000 Dallas,
Texas 75201
(214) 981-3300 (Telephone)
(214) 981-3400 (Facsimile)

STEVEN J. SCHWARTZ
Admitted Pro Hac Vice
DEBORAH A. DORFMAN
Admitted Pro Hac Vice
SANDRA J. STAUB
Admitted Pro Hac Vice
Center for Public Representation
22 Green Street
Northampton, MA 01060
(413) 586-6024 (Telephone)
(413) 586-5711 (Facsimile)

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

/s/*Garth Corbett*
GARTH CORBETT