IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ERIC STEWARD, by his next friend and mother, Lillian Minor, et. al.<br><br>Plaintiffs<br><br>v.<br><br>Dr. COURTNEY PHILLIPS, in her official capacity as the Executive Commissioner of Texas Health and Human Services Commission, et. al.<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| THE UNITED STATES OF AMERICA<br><br>Plaintiff-Intervenor<br><br>v.<br><br>THE STATE OF TEXAS<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CIVIL ACTION NO.
SA-10-CA-1025-OG
A CLASS ACTION

# ORDER

The post trial schedule is as follows:

1. Defendants must file a written response to Plaintiffs' and the United States' motion to strike untimely and inadmissible deposition designations (docket no. 624) on or before November 28, 2018.

2. All parties shall file their amended proposed findings of fact and conclusions of law on or before January 4, 2019. The proposed findings of fact must be supported by references to the record, and the proposed conclusions of law must be supported by citations to the law. The proposed findings must be factual, not argumentative or misleading.

3. All parties shall file briefs in support of their proposed findings of fact and conclusions of law on or before January 4, 2019. These briefs should focus on the disputed legal issues in this case and must not exceed 35 pages in length.

4. All parties shall file responses to the proposed findings and briefs on or before January 25, 2019. The responses must not exceed 30 pages in length.

These deadlines are in addition to the other post trial deadlines already ordered by the Court. If any party seeks an extension, they must confer with opposing counsel at least three days prior to moving for such extension. If any request for extension is granted, it will apply to all parties.

SIGNED and ENTERED on the 15 day of November, 2018.

_____
ORLANDO L. GARCIA
CHIEF U.S. DISTRICT JUDGE