**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| ERIC STEWARD, *et al.*,<br>*Plaintiffs*,<br><br>v.<br><br>STEPHANIE MUTH, in her official capacity as the Executive Commissioner of Texas' Health and Human Services Commission, *et al.,*<br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | |
| | § | Case No. 5:10-CV-1025-OG |
| THE UNITED STATES OF AMERICA,<br>*Plaintiff-Intervenor*,<br><br>v.<br><br>THE STATE OF TEXAS,<br>*Defendant*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | |

**STIPULATION OF DISMISSAL**

Plaintiffs, Plaintiff-Intervenor United States, and Defendants hereby stipulate to the dismissal with prejudice of Plaintiff-Intervenor United States' claims in the above-captioned action *United States of America v. State of Texas* (Dkt. No. 137) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See, e.g.*, *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013) ("Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing."). Plaintiffs and Defendants will remain parties to the above-captioned action *Steward v. Muth*.

The parties further stipulate that no party will seek attorneys' fees or costs from Plaintiff-Intervenor United States, nor will Plaintiff-Intervenor United States seek attorneys' fees or costs from any other party.

Dated: August 6, 2026

Respectfully submitted,

/s/ *Garth A. Corbett*
GARTH A. CORBETT
State Bar No. 04812300
SEAN A. JACKSON
State Bar No. 24057550
DISABILITY RIGHTS TEXAS
2222 W. Braker Lane
Austin, TX 78758
(512) 454-4816 (Telephone)
(512) 454-3999 (Facsimile)

YVETTE OSTOLAZA
yostolaza@sidley.com
State Bar No. 00784703
ROBERT VELEVIS
rvelevis@sidley.com
State Bar No. 24047032
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000 Dallas, Texas 75201
(214) 981-3300 (Telephone)
(214) 981-3400 (Facsimile)

STEVEN J. SCHWARTZ
sschwartz@cpr-ma.org
*Admitted Pro Hac Vice*
CENTER FOR PUBLIC REPRESENTATION
5 Ferry Street #314
Easthampton, MA 01027
(413) 586-6024 (Telephone)
(413) 586-5711 (Facsimile)

*Counsel for Plaintiffs*

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

PATRICK MCCARTHY
Chief
Special Litigation Section

/s/ *Alexandra L. Shandell*
ALEXANDRA L. SHANDELL
(D.C. Bar No. 992252)
*Admitted Pro Hac Vice*
Trial Attorney
Special Litigation Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave. NW, 4CON
Washington, DC 20530
(202) 598-9606 (Telephone)
(202) 514-6903 (Facsimile)
Alexandra.Shandell@usdoj.gov

*Counsel for the United States*

KEN PAXTON
Attorney General

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

*/s/ Kimberly Gdula*

Kimberly Gdula
Chief
State Bar No. 24052209
STEPHANIE CRISCIONE
Assistant Attorney General
State Bar No. 24109768
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 | FAX: (512) 320-0667
kimberly.gdula@oag.texas.gov
stephanie.criscione@oag.texasgov
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I certify that this Stipulation of Dismissal has been sent to counsel of record on August 6, 2026, through the Court's Electronic Case Filing system.

/s/ *Alexandra L. Shandell*
Alexandra L. Shandell