**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| ERIC STEWARD, *et al.*, | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | Case No. 5:10-CV-01025-OLG |
| | § | |
| STEPHANIE MUTH, in her official | § | |
| capacity as the Executive Commissioner of | § | |
| Texas' Health and Human Services | § | |
| Commission, *et al.,* | § | |
| *Defendants.* | § | |

**PLAINTIFFS' NOTICE ON THE STATUS OF THE RULE 706 EXPERT WITNESS**

The Plaintiffs submit this Notice to provide the Court with updated information on the status of the proposed Rule 706 Expert Witness.

1. On May 29, 2026, as directed by the Court's April 14, 2026 Order (Dkt. No. 726), the parties submitted a Joint Report to the Court Concerning the Rule 706 Expert (Dkt. No. 727). The Report indicated, subject to objections from the Defendants, that "the Parties agree the Court should appoint Sara Galantowicz, a senior policy associate at the Human Services Research Institute (HSRI), as the Rule 706 Expert Witness…" *Id.* at 3. The Parties also agreed to a proposed schedule for the Expert to update the Quality Service Review (QSR) process and instrument, to conduct a new QSR, to issue her report, and for the Parties to submit a proposed remedial order. *Id.* at 4-5. A draft Appointment Order, proposed by the Plaintiffs, was attached as Ex. 2 (Dkt. No. 727-2).

2. While the timelines in that schedule were based upon the date the Court issues its appointment order, Ms. Galantowicz and HSRI had proposed timelines for completion of tasks based upon conducting the review in 2026.

3. Ms. Galantowicz is a national consultant with many responsibilities and projects as a senior policy associate at HSRI. At the request of the Parties, she and HSRI are currently reserving time to conduct and oversee the updated QSR during this calendar year.

4. Given the amount of work involved in planning and conducting the QSR, the proposed 706 Expert Witness and HSRI need sufficient notice if the QSR is not going to be conducted in the near future.

5. Moreover, the purpose of the QSR is to provide the parties and the Court with a current picture of relevant facts in Texas' long term care system for people with IDD. Since that system is modified periodically, it is important to determine the point in time that the review will be conducted.

6. The Plaintiffs, without the United States, are prepared to fulfill their responsibilities under the proposed Order immediately, or as soon as the Rule 706 Expert Witness is appointed.

Dated: September 22, 2026.

Respectfully submitted,

/s/ Garth A. Corbett

GARTH A. CORBETT
gcorbett@drtx.org
State Bar No. 04812300
SEAN A. JACKSON
sjackson@drtx.org
State Bar No. 24057550
DISABILITY RIGHTS TEXAS
2222 W. Braker Lane
Austin, TX 78758
(512) 454-4816 (Telephone)
(512) 454-3999 (Facsimile)

YVETTE OSTOLAZA
yostolaza@sidley.com
State Bar No. 00784703
ROBERT VELEVIS
rvelevis@sidley.com

State Bar No. 24047032
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
(214) 981-3300 (Telephone)
(214) 981-3400 (Facsimile)

STEVEN J. SCHWARTZ
sschwartz@cpr-ma.org
ELISSA GERSHON
egershon@cpr-ma.org
Admitted Pro Hac Vice
CENTER FOR PUBLIC REPRESENTATION
5 Ferry Street #314
Easthampton, MA 01027
(413) 586-6024 (Telephone)
(413) 586-5711 (Facsimile)

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2026, a true and correct copy of the foregoing document was served via the Court's ECF system upon all counsel of record.

/s/ Garth A. Corbett
GARTH A. CORBETT